■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY WRIGHT, Appellant. [988 NYS2d 520]—Appeal from a

judgment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered March 7, 2011. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Carni, Lindley, Valentino and Whalen, JJ.